ACCEPTED
04-14-00786-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/4/2015 6:09:54 PM
KEITH HOTTLE
CLERK

## NO. 04-14-00786-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/4/2015 6:09:54 PM
KEITH E. HOTTLE
Clerk

## IN THE FOURTH COURT OF APPEALS
## SAN ANTONIO, TEXAS

## DON C. RESER,
*Appellant*

## V.

## WINIFRED BISHIP, INDIVIDUALY, AS EXECUTOR OF THE ESTATE OF LUELLA C. HARDIE, AND AS TRUSTEE OF THE DON C. RESER TRUST
*Appellee*

### Appealed from Probate Court No. 2, Bexar County, Texas

## APPELLANT DON C. RESER'S MOTION TO EXTEND TIME TO RESPOND TO APPELLEE'S MOTION TO DISMISS APPEAL

Frederick F. Hoelke
Attorney at Law
State Bar No. 09775600
26545 IH-10 West
Boerne Texas 78006
fredhoelke@aol.com
(210)-444-0999 Telephone
(210)-787-3881  Facsimile

1

Robert P. Wilson
State Bar No.: 21718575
rwlawoffice@yahoo.com
LAW OFFICES OF ROBERT P. WILSON
26545 IH-10 West, Suite 150
Boerne, Texas 78006
(210)-698-1933 Telephone
(210)-694-1944 Facsimile
ATTORNEY FOR APPELLANT
DON C. RESER

## APPELLANT'S MOTION TO EXTEND TIME TO RESPOND TO APPELLEE'S MOTION TO DISMISS APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Appellant Don C. Reser and files this Appellant's motion to Extend Time to Respond to Appellee's Motion to Dismiss Appeal, and in support would respectfully show:

Appellee filed her Motion to Dismiss Appeal on December 3, 2014.

Robert P. Wilson, Counsel for Appellant, was in trial in Bexar County, Texas in another lawsuit. Subsequent to this trial Mr. Wilson tried yet another case in the County Court at Law of Kendall County

Counsel has had additionally depositions which have been scheduled and taken in a matter pending in the US District Court for the Northern District of Texas starting on the 17th of December and going through the 19th of December in San Angelo Texas.

Counsel has had personal obligations associated with both his church and family prior to Christmas through the New Year which precludes him from addressing this appeal. Counsel simply needs more time and is unable to properly address the issues which are raised by Movants motion to dismiss.

Counsel for Reser Mr. Wilson closed his practice and this file ultimately was transferred to the undersigned who was not aware of the deadline to file a response to the Appellee's Motion to Dismiss having understood that a response had already been filed to the same.

Counsels first knowledge of this deadline being passed was a phone call from the clerk of the court which alerted him to the fact that one the deadline had passed and two that there was an immediate need for a motion for the extension of time to respond to the motion to dismiss. Counsel in taking over the practice of Mr. Wilson has had to come up to speed on this as well as 17 other complex files in addition to already having a number of cases which are complex litigation involving probate and oil and gas matters. Movant requires at least till the 6th of April to make himself familiar with the convoluted facts in this case where apparently the trial judge instructed the clerk not to give notice that a judgment had been rendered.

Respectfully Submitted,

**LAW OFFICES OF FREDERICK F. HOELKE**

By:  _[signature]_

Frederick F. Hoelke
SBN: 09775600
26545 IH-10 West,
Boerne, Texas 78006
(210)-444-0999 Telephone
(210)-787-3881 Facsimile
fredhoelke@aol.com
Attorney for Appellant Don C. Reser

## VERIFICATION

Before the undersigned authority personally appeared Frederick F. Hoelke who upon his oath declared:

I have read the foregoing and swear the operative facts therein are true. Further, affiant sayeth not.

_[signature]_

Frederick F. Hoelke

Subscribed and sworn before me this ____ day of March 2015

_[signature]_

Notary Public

LINDA J. KILLIAN
Notary Public, State of Texas
My Commission Expires
December 26, 2016

4

## CERTIFICATE OF CONFERENCE

I certify that on March 4, 2015, I contacted the office of Clinton W. Twaddell, III by phone and have attempted in good faith to reach an agreement about the subject matter of this Motion. Mr. Twadell was in trial and therefore assume that he opposes this motion.

Frederick F. Hoelke

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document, Appellant Don C. Reser's Notice of Appeal, was served those listed below on March 4 2015 as follows:

James T. Clancy, Jr.
Clinton W. Twaddell, III
Scott Sherman
BRANSCOMB, P.C
802 N. Caranchua, Suite 1900
Corpus Christi, TX 78401-0036

Lawrence J. Souza
LAW OFFICES OF LAWRENCE J. SOUZA
802 S. Saint Mary's Street
San Antonio, Texas 78205

Audrey Mullert Vicknair
LAW OFFICE OF AUDREY MULLERT VICKNAIR
802 N. Carancahua, Ste 1350
Corpus Christ, Texas 78401-0022

Frederick F. Hoelke